# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUTHERAN CHURCH-MISSOURI SYNOD, et al., | Case No. 4:15-cv-03119-CRZ |
| Plaintiffs, | |
| vs. | **ORDER** |
| TIMOTHY KRUEGER, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiffs' Unopposed Motion for Extension of Time to Respond to Pending Motions (Doc. 21). The Court finds that the Motion should be granted.

IT IS ORDERED that the Plaintiffs' Unopposed Motion for Extension of Time to Respond to Pending Motions is granted and Plaintiffs shall have until December 15, 2015 to file a response to the pending Motions of Defendants (Docs. 11, 13, 16, 17, 18).

IT IS FURTHER ORDERED that Defendants shall have until January 12, 2016 to file any replies to Plaintiffs' response(s).

DATED this 3rd day of November, 2015.

BY THE COURT:

Cheryl R. Zwart
United State Magistrate Judge