IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LUTHERAN CHURCH-MISSOURI SYNOD, and INTERNATIONAL LUTHERAN LAYMEN'S LEAGUE a/k/a LUTHERAN HOUR MINISTRIES, | ) ) ) ) ) ) | 4:15CV3119 |
| Plaintiffs, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| TIMOTHY A. KRUEGER; TAMARA KRUEGER; KRUEGER CATTLE COMPANY, INC.; WM. O. KRUEGER, INC.; WILLIAM O. KRUEGER; MARY LOU CAROLLO; DENNIS P. KRUEGER; KERRY KRUEGER; and WILLIAM C. KRUEGER, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the parties' Joint Motion for Dismissal with Prejudice Pursuant to Settlement (Filing 27) and Fed. R. Civ. P. 41, this action is dismissed with prejudice, with each party to pay its own taxable costs and attorneys' fees.

DATED this 22nd day of January, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge